O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TIMOTHY SEARCY, <br><br> Petitioner, <br><br> v. <br><br> ANTHONY HEDGPETH, Warden, <br><br> Respondent. | Case No. CV 09-8619-GHK (OP) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, <u>de novo</u>. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss the Petition as untimely; and (3) denying the Petition and dismissing this action with prejudice.

DATED: 12/2/10

HONORABLE GEORGE H. KING
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge